A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Chris Jones, et al.,

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER   09-1635 (ESH) |
| MacFarlane-Chang DC Soccer, LLC, | ) |  |
| d/b/a D.C. United, | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Emily Thorne_____ as counsel in this
(Attorney's Name)

case for:___MacFarlane-Chang DC Soccer, LLC, d/b/a D.C. United_____
(Name of party or parties)


___11-4-09_____
Date

___D.C. Bar No. 496500_____
BAR IDENTIFICATION


_Emily Thorne_____
Signature

Emily Thorne
Print Name

Arent Fox LLP, 1050 Connecticut Ave., N.W.
Address

Washington, D.C.  20036
City          State          Zip Code

(202) 857-6000
Phone Number