**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRIS JONES, et al.,**<br><br>       **Plaintiffs,**<br><br>  *v.*<br><br>**MACFARLANE-CHANG DC SOCCER, LLC d/b/a D.C. United,**<br><br>       **Defendant.** | **Case No. 1:09-cv-01635 (ESH)** |

## NOTICE OF NAME CHANGE

Please be advised that due to the recent marriage of Emily Thorne, attorney for Defendant MacFarlane-Chang DC Soccer, LLC d/b/a D.C. United, Ms. Thorne has legally changed her name to Emily Pyser. Please change all court records accordingly.

               /s/ *Emily R. Pyser*
               James H. Hulme (No. 323014)
               Emily R. Pyser (No. 496500)
               Arent Fox LLP
               1050 Connecticut Avenue, N.W.
               Washington, DC  20036-5339
               (202) 857-6000

               *Counsel for Defendant*