UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRIS JONES, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>MACFARLANE-CHANG DC SOCCER, LLC<br>d/b/a D.C. United,<br><br>                    Defendant. | Case No. 1:09-cv-01635 (ESH) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 83.6(b), Emily R. Pyser hereby withdraws her appearance as counsel for MacFarlane-Chang D.C. Soccer, LLC d/b/a D.C. United ("D.C. United"). All correspondence regarding this civil action should be directed to the attention of James H. Hulme of Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036, counsel of record for D.C. United in this civil action.

D.C. United consents to Ms. Pyser's withdrawal of appearance as evidenced by the signature of Kevin Payne, D.C. United's President and C.E.O., below.

Dated: April 1, 2010

| | |
|---|---|
| *[signature]*<br>Kevin Payne<br>President and C.E.O. of D.C. United | Respectfully submitted,<br><br>*/s/ Emily R. Pyser*<br>Emily R. Pyser (D.C. Bar No. 496500)<br>**ARENT FOX LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 857-6000 Telephone<br>(202) 857-6395 Facsimile |